## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| SHOODLEY LEE CHERICHEL, | Civil No. 11-0928 (JRT/JJG) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| SCOTT BANIECKE, ERIC H. HOLDER, JR., JANET A. NAPOLITANO, AND JENNIFER SKWIRA, | |
| Respondents. | |

Shoodley Lee Cherichel, A#095204110, Post Offive Box 560, Trout, LA 71371, pro se petitioner.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated April 20, 2011. Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 5], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241, [Docket No. 1], is **DENIED WITHOUT PREJUDICE**;

2. Petitioner's application for leave to proceed in forma pauperis, [Docket No. 3], is **DENIED AS MOOT**; and

3. This action is summarily **DISMISSED FOR LACK OF JURISDICTION.**

4. If Petitioner can state a valid claim for a writ of habeas corpus to be issued, such action must be filed in the jurisdiction where Petitioner is detained, presently in the Western District of Louisiana.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 13, 2011　　　　　　　　　　　　s/ John R. Tunheim
at Minneapolis, Minnesota　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　United States District Judge